UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DAVID MOSS,

      Plaintiff,                              Case No. 15-cv-11576

                                                 Paul D. Borman
v.                                             United States District Judge

                                                 Mona K. Majzoub
COMMISSIONER OF                  United States Magistrate Judge
SOCIAL SECURITY,

      Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S JULY 12, 2016 REPORT AND RECOMMENDATION (ECF NO. 16), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14), (4) REVERSING THE FINDINGS OF THE COMMISSIONER AND (5) REMANDING FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On July 12, 2016, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, REVERSE the findings of the Commissioner and REMAND this matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d),

1

the Court ADOPTS the Report and Recommendation (ECF No. 16), GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 13), DENIES Defendant's Motion for Summary Judgment (ECF No. 14), REVERSES the findings of the Commissioner and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 9, 2016.

s/Deborah Tofil
Case Manager